# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FOOD TEAM INTERNATIONAL, LTD., | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | CASE NO. 5:10-CV-3584-JKG |
| v. | : | JUDGE GARDNER |
| | : | |
| UNILINK, LLC, GARY GREGORY, | : | |
| MARC BEHAEGEL, AKBAR | : | NOTICE OF APPEAL |
| BOUTARABI, MIKE MOORE and | : | |
| PENNSYLVANIA FOOD GROUP, INC. | : | |
| | : | |
| Defendants. | : | |

NOTICE is hereby given that Defendants-Appellants Unilink, LLC, Gary Gregory, Marc Behaegel, and Akbar Boutarabi hereby appeal to the United States Court of Appeals for the Third Circuit from every part and portion of the Opinion of the United States District Court, Eastern District of Pennsylvania rendered by Judge James Knoll Gardner on May 18, 2012, Docket Entry No. 68, from every part and portion of the Order of United States District Court, Eastern District of Pennsylvania rendered by Judge James Knoll Gardner on May 18, 2012, Docket Entry No. 69, from every part and portion of the Verdict of the United States District Court, Eastern District of Pennsylvania rendered by Judge James Knoll Gardner on September 30, 2013, Docket Entry No. 86, from every part and portion of the Adjudication rendered by the United States District Court, Eastern District of Pennsylvania rendered by Judge James Knoll Gardner on September 30, 2013, Docket Entry No. 87, and from every part and portion of the Civil Judgment of the United States District Court, Eastern District of Pennsylvania entered by order of Judge James Knoll Gardner on October 1, 2013, Docket Entry No. 88.

Dated:     October 30, 2013

*signature*

**Mark C. H. Mandell** [MM-5708]
Attorney for Defendants-Appellants
42 Herman Thau Road
Annandale, NJ 08801
(908)638-4434

Parties to be Served:

Spector Gadon & Rosen, P.C.
Peter N. Kessler
1635 Market Street, 7th Floor
Philadelphia, PA 19103

Keaton Law Firm, P.C.
Michael J. Keaton, Esq.
707 Lake Cook Road, Suite 300
Deerfield, Illinois 60015

Attorneys for Plaintiff-Appellee