IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FOOD TEAM INTERNATIONAL, LTD, ) | |
| ) | Civil Action |
| Plaintiff ) | No. 10-cv-03584 |
| ) | |
| vs. ) | |
| ) | |
| UNILINK, LLC; ) | |
| GARY GREGORY; ) | |
| MARC BEHAEGAL; and ) | |
| AKBAR BOUTARABI, ) | |
| ) | |
| Defendants ) | |

## CIVIL JUDGMENT

BEFORE THE HONORABLE JAMES KNOLL GARDNER

**AND NOW**, this 30th day of September, 2013, after trial without jury before the undersigned on May 18, 21-22, and 24, 2012; and based upon the Findings of Fact, Conclusions of Law, and Discussion contained in the accompanying Verdict and Adjudication,

**IT IS ORDERED** that Judgment be and the same is hereby entered in favor of plaintiff, Food Team International, LTD and against defendant, Unilink, LLC in the amount of $47,076.48.

**IT IS FURTHER ORDERED** that the Clerk of Court shall close this case for statistical purposes.

```
                         BY THE COURT

                         ATTEST:


                          /s/ Jennifer Fitzko
                         Jennifer Fitzko, Deputy Clerk to
                         Judge James Knoll Gardner
```

Civ 1 (8/80) civjud.frm