# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

13-4326/13-4426

Food Team International Ltd v. Unilink LLC, et al

5-10-cv-03584

## O R D E R

The Court has received the Appellee/Cross-Appellant's Brief on behalf of **Food Team International Ltd**.

**The brief does not comply with the following Court requirements:**

**Contents of Brief See FRAP 28- The following is/are missing:**

**.** Certificate of Bar Membership

**.** Certification that electronic version is identical to the paper copies.

**.** Certification that a virus detection program was run and no viruses were detected

**.** Certificate of Service contains incorrect date of electronic filing (must be date of electronic filing)

**Form of Appendix**- The following aspect(s) of the appendix is/are noncompliant:

**.** Supplemental appendix filed without a motion for leave to file

**Action Required Regarding Brief:**

In order to cure errors with respect to CONTENT, **Food Team International Ltd** must file an addendum to brief containing the missing sections of the brief listed above in electronic format ONLY.

In order to cure errors with respect to FORM, **Food Team International Ltd** must file a motion for leave to file supplemental appendix attached to brief.

This Order does not change the deadline for filing the next brief.

**Counsel or the party(ies) must correct the above listed deficiencies by 08/01/2014. No action will be taken on the document until the error(s) has (have) been corrected.**

**Pursuant to 3rd Cir. LAR Misc. 107.3 and 3rd Cir. LAR Misc. 113, if a party fails to comply with the electronic filing requirements, despite notice by the Clerk, the Court may impose sanctions. Such sanctions include, but are not limited to, imposition of costs, disciplinary sanctions, and dismissal of the case.**

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk
Date: 7/29/2014

**cc:**     **Leslie B. Baskin, Esq.**
          **Michael J. Keaton, Esq.**
          **Mark C.H. Mandell, Esq.**

**For questions please contact the Clerk's Office at 267-299-4917.**