# UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

| | |
|---|---|
| FOOD TEAM INTERNATIONAL, LTD., | ) Appeal from the U.S. District Court ) for the Eastern District of ) Pennsylvania |
|    Plaintiff-Appellee/Cross-Appellant | ) |
| | ) No. 10-cv-03584 |
| No.: 13-4326/13-4426   v. | ) |
| | ) |
| UNILINK, LLC, et al., | ) Hon. James Knoll Gardner |
| | ) |
| Defendants-Appellants/Cross-Appellees | ) ) ) |

## PLAINTIFF-APPELLEE/CROSS-APPELLANT'S MOTION
## FOR LEAVE TO FILE SUPPLEMENTAL APPENDIX

     Plaintiff-Appellee/Cross-Appellant Food Team International, Ltd. ("Food Team"), hereby moves this Honorable Court for leave to file a supplemental appendix to its principal and response brief, and, in support thereof, states as follows:

     1.    On July 28, 2014, Food Team filed its Principal Brief and Brief in Response, and raised the issue of whether the District Court erred in failing to even consider imposing sanctions against Defendants-Appellants/Cross-Appellees and their Counsel (collectively "Defendants") for their failure to disclose the existence of an insurance company which may be liable to satisfy the judgment in violation of Rule 26.

2. Food Team attached a Short Appendix to its Principal Brief and Brief in Response which included Defendants' Rule 26(a) Disclosures as well as a copy of Defendants' insurance contract so this Honorable Court can review Defendants' non-disclosure in violation of Rule 26.

3. On July 29, 2014, this Honorable Court ordered Food Team to file a motion for leave to re-file the Short Appendix as a Supplemental Appendix.

4. Food Team respectfully requests leave to file a Supplemental Appendix in order to bring Defendants' non-disclosure to this Honorable Court's attention pursuant to FRAP 30(a)(1)(D).

WHEREFORE, Food Team respectfully requests the entry of an order granting it leave to file the proposed Supplemental Appendix.

Date: July 31, 2014         Respectfully submitted,

FOOD TEAM INTERNATIONAL, LTD

By: /s/ Michael J. Keaton, Esq.
    One of Its Attorneys

Michael J. Keaton, Esq.
KEATON LAW FIRM, P.C.
707 Lake Cook Road, Suite 300
Deerfield, Illinois 60015
Tel: 847/934-6500
E-mail: keaton@pacatrust.com
*Counsel for Plaintiff-Appellee/
Cross-Appellant*

## CERTIFICATE OF SERVICE

I, the undersigned counsel for the Plaintiff-Appelle/Cross-Appellant, hereby certify that he has served a true and correct copy of the foregoing document and all attachments upon all counsel of record properly registered with this Honorable Court's ECF system this day, July 31, 2014.

By: /s/ Michael J. Keaton

Michael J. Keaton, Esq.
KEATON LAW FIRM, P.C.
707 Lake Cook Road, Suite 903
Deerfield, Illinois 60015
Tel: 847/934-6500
E-mail: keaton@pacatrust.com
*Counsel for Plaintiff/Appellant*