# UNITED STATES COURT OF APPEALS
## FOR THE THIRD CIRCUIT

FOOD TEAM INTERNATIONAL LTD.          :
                                       :     No. 13-4326/13-4426
    Plaintiff-Appellee/Cross-Appellant,    :
        v.                                :
                                       :
UNILINK, LLC, et.al.,                  :
                                       :
    Defendants-Appellants/Cross Appellees. :

### DEFENDANTS-APPELLANTS' MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF

Defendants-Appellants herein, by their under signed attorney, move the court for an extension of time to file their Reply Brief, otherwise due on August 27, 2014 upon the following grounds:

1.    There is presently pending before the Court an <u>opposed motion</u> by Plaintiff-Appellee/Cross-Appellant to supplement the Appendix in support of a portion of its main brief that was filed on July 27, 2014.

2.    Defendants-Appellants cannot properly address the issues raised in Plaintiff-Appellee's cross-appeal until and unless the Court rules on the pending motion and decides whether to allow or strike the issue and documents being addressed in the pending motion.

3.    Defendants-Appellants therefore request that the Briefing Schedule heretofore set in this case be amended such that Defendants-Appellants' Reply brief, presently set to be filed on August 27th, be adjourned to such regular business date as falls

on the 30th day following the Court's decision on the pending motion with Plaintiff-Appellee's final brief due date appropriately reset to a new date as well.

Respectfully Submitted

August 13, 2014

    s/Mark C. H. Mandell
Mark C. H. Mandell
*Attorney for Defendants-Appellants*
42 Herman Thau Road
Annandale, NJ 08801
908-638-4434

Certificate of Service

Mark C. H. Mandell herewith certifies to the Court that on even date herewith a true and complete copy of this Motion was served upon all counsel appearing in this proceeding by way of the Court's CM/ECF System

August 13, 2014

    s/Mark C. H. Mandell
Mark C. H. Mandell