# UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

| | |
|---|---|
| FOOD TEAM INTERNATIONAL, LTD., | ) Appeal from the U.S. District Court ) for the Eastern District of ) Pennsylvania ) |
| Plaintiff-Appellee/Cross-Appellant | ) No. 10-cv-03584 ) |
| No.: 13-4326/13-4426         v. | ) ) Hon. James Knoll Gardner |
| UNILINK, LLC, et al., | ) ) |
| Defendants-Appellants/Cross-Appellees | ) |

**PLAINTIFF-APPELLEE/CROSS-APPELLANT'S**
**RESPONSE TO MOTION FOR EXTENSION OF TIME OF**
**DEFENDANTS/APPELLANTS-CROSSAPPELLEES**

Plaintiff-Appellee/Cross-Appellant Food Team International, Ltd. ("Food Team"), hereby responds to the Motion for Extension of Time to File Reply Brief of Defendants-Appellants/Cross-Appellees Unilink, LLC, Gary Gregory, Marc Behaegal and Akbar Boutarabi (collectively the "Defendants") as follows:

1. On July 31, 2014, Food Team filed a Motion for leave to file a Supplemental Appendix to its principal brief and brief in response (hereinafter the "Supplemental Appendix Motion").

2. On August 10, 2014, Defendants filed an opposition to the Supplemental Appendix Motion.

3. On August 13, 2014, Defendants filed a motion for extension of time to file their reply brief, in which Defendants seek an extension of thirty (30) days from the date this Honorable Court decides the Supplemental Appendix Motion.

4. Food Team has no objection to allowing Defendants a thirty (30) day extension to file their reply brief.

5. However, Food Team opposes any "open ended" extension such as the extension Defendants request in their motion. Further, whether the Court grants or denies the Supplemental Appendix Motion has little, if any, bearing on the merits of Food Team's principal brief. Accordingly, Defendants should be able to respond to Food Team's principal brief without regard to any ruling on the Supplemental Appendix Motion.

## CONCLUSION

For these reasons, Food Team has no objection to this Honorable Court granting Defendants a thirty (30) day extension, until September 26, 2014, to file their reply brief.

Date: August 15, 2014                    Respectfully submitted,

                                         FOOD TEAM INTERNATIONAL, LTD

                                         By: /s/ Michael J. Keaton, Esq.
                                              One of Its Attorneys

>  Michael J. Keaton, Esq.
>  KEATON LAW FIRM, P.C.
>  707 Lake Cook Road, Suite 300
>  Deerfield, Illinois 60015
>  Tel:   847/934-6500
>  E-mail: keaton@pacatrust.com
>  *Counsel for Plaintiff-Appellee/*
>  *Cross-Appellant*

## CERTIFICATE OF SERVICE

     I, the undersigned counsel for the Plaintiff-Appellee/Cross-Appellant, hereby certify that he has served a true and correct copy of the foregoing document and all attachments upon all counsel of record properly registered with this Honorable Court's ECF system this day, August 15, 2014.

                             By:    /s/ Michael J. Keaton

                             Michael J. Keaton, Esq.
                             KEATON LAW FIRM, P.C.
                             707 Lake Cook Road, Suite 903
                             Deerfield, Illinois 60015
                             Tel:   847/934-6500
                             E-mail: keaton@pacatrust.com
                             *Counsel for Plaintiff/Appellant*