UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

Nos. <u>13-4326 & 13-4426</u>

Food Team International Ltd v. Unilink LLC, et al.

To:    Clerk

1) Motion by Appellee/Cross-Appellant for Leave to File Supplemental Appendix

2) Response by Appellants/Cross-Appellees in Opposition to Motion for Leave to File Supplemental Appendix with Cross-Motion to Impose Fees Incurred for Violation of F.R.A.P. Rule 38

3) Motion by Appellants/Cross-Appellees for Extension of Time to File Reply Brief Thirty (30) After the Court's Ruling on the Motion for Leave to File Supplemental Appendix with Cross-Motion to Impose Fees Incurred for Violation of F.R.A.P. Rule 38

4) Response by Appellees/Cross-Appellants in Opposition to Cross-Motion to Impose Fees Incurred for Violation of F.R.A.P. Rule 38.

5) Response by Appellees/ Cross-Appellants to Motion for Extension of Time to File Reply Brief Thirty (30) After the Court's Ruling on the Motion for Leave to File Supplemental Appendix with Cross-Motion to Impose Fees Incurred for Violation of F.R.A.P. Rule 38

The foregoing motions and responses are referred to the merits panel.

For the Court,

<u>s/ Marcia M. Waldron</u>
Clerk

Dated:  August 20, 2014
EAF/cc:    All Counsel of Record