UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

Nos. <u>13-4326</u> & 13-4426

Food Team International Ltd v. Unilink LLC, et al.

To:   Clerk

1) Motion by Appellee/Cross-Appellant for Leave to File Supplemental Appendix

2) Response by Appellants/Cross-Appellees in Opposition to Motion for Leave to File Supplemental Appendix with Cross-Motion to Impose Fees Incurred for Violation of F.R.A.P. Rule 38

3) Motion by Appellants/Cross-Appellees for Extension of Time to File Reply Brief Thirty (30) After the Court's Ruling on the Motion for Leave to File Supplemental Appendix with Cross-Motion to Impose Fees Incurred for Violation of F.R.A.P. Rule 38

4) Response by Appellees/Cross-Appellants in Opposition to Cross-Motion to Impose Fees Incurred for Violation of F.R.A.P. Rule 38.

5) Response by Appellees/ Cross-Appellants to Motion for Extension of Time to File Reply Brief Thirty (30) After the Court's Ruling on the Motion for Leave to File Supplemental Appendix with Cross-Motion to Impose Fees Incurred for Violation of F.R.A.P. Rule 38

**AMENDED ORDER**

The foregoing motions and responses are considered. Appellee/Cross-Appellant's motion for leave to file a supplemental appendix, Appellants/ Cross-Appellees' response in opposition and motion to impose fees for violation of Fed. R. App. P. 38, and Appellee/Cross-Appellant's response to the motion to impose fees are referred to the merits panel. Appellants/ Cross-Appellees' motion to extend the time for their reply brief is denied. Appellants/Cross-Appellees must file and serve their reply-response brief within 30 days of the date of this order.

For the Court,

s/ Marcia M. Waldron
Clerk


Dated: September 8, 2014
EAF/cc:      All Counsel of Record