UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

Nos. 13-4326 & 13-4426

FOOD TEAM INTERNATIONAL LTD,
                              Appellant in 13-4426

v.

UNILINK LLC; AKBAR BOUTARABI;
GARY GREGORY; MARC BEHAEGEL;
MIKE MOORE; PENNSYLVANIA FOOD GROUP LLC

Unilink LLC, Akbar Boutarabi, Gary Gregory, Marc Behaegel,
                              Appellants in 13-4326

(E.D. Pa. No. 10-cv-03584)

Present:  McKEE, Chief Judge, RENDELL and SLOVITER, Circuit Judges

1. Motion by Appellee/Cross-Appellant Food Team International Ltd for Leave to File Supplemental Appendix;

2. Response by Appellants/Cross-Appellees Unlink LLC, et al. in Opposition to Motion for Leave to File Supplemental Appendix and Cross-Motion to Impose Fees Incurred for Violation of F.R.A.P. Rule 38;

3. Reply by Appellee/Cross-Appellant Food Team International Ltd in support of Motion for Leave to File Supplemental Appendix and Response in Opposition to Cross-Motion to Impose Fees Incurred for Violation of F.R.A.P. Rule 38.

                                                        Respectfully,
                                                        Clerk/eaf

_____ORDER_____

The foregoing is granted for Leave to File Supplemental Appendix with filing as of 7/28/14.

                                                        By the Court,

                                                        s/ Theodore A. McKee
                                                        Chief Circuit Judge

Dated:   October 20, 2014
EAF/cc:   All Counsel of Record