UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

Nos. 13-4326 and 13-4426

FOOD TEAM INTERNATIONAL, LTD.

v.

UNILINK, LLC; GARY GREGORY;
AKBAR BOUTARABI; MIKE MOORE;
PENNSYLVANIA FOOD GROUP, LLC; MARC BEHAEGEL

Unilink LLC, Akbar Boutarabi, Gary Gregory, Marc Behaegel,

Appellants in case no. 13-4326

Food Team International, Ltd.,

Appellant in case no. 13-4426

(District Court No.: 5-10-cv-03584)

PETITION FOR REHEARING

Present: McKEE, <u>Chief Judge</u>, RENDELL, AMBRO, FUENTES, SMITH, FISHER, CHAGARES, JORDAN, HARDIMAN, GREENAWAY, JR., VANASKIE, SHWARTZ and KRAUSE, <u>Circuit Judges</u> and SLOVITER*, <u>Senior Circuit Judge</u>

The petition for rehearing filed by **appellee/cross appellant** in the above-entitled case having been submitted to the judges who participated in the decision of this Court and to all the other available circuit judges of the circuit in regular active service, and no

---

* Voted as to Panel Rehearing Only.

judge who concurred in the decision having asked for rehearing, and a majority of the judges of the circuit in regular service not having voted for rehearing, the petition for rehearing by the panel and the Court en banc, is denied.

BY THE COURT,

s/ MARJORIE O. RENDELL
Circuit Judge

Dated: January 14, 2015
JK/cc: Leslie B. Baskin, Esq.
      Michael J. Keaton, Esq.
      Mark C.H. Mandell, Esq.